## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
| )  | |
| Plaintiff,   )  | |
| )  CASE NO. | 21-CV-2403 (VEC) |
| -vs-   )  | 17-CR-0227 (VEC) |
| )  | |
| SALVADOR DIAZ,   )  | |
| )  | |
| Movant.   )  | |

## MOTION FOR SUMMARY JUDGMENT

Now comes the Movant, Salvador Diaz, *pro se*, and hereby files this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Based on the record before this Court, the government does not oppose Movant's Motion to vacate conviction pursuant to 28 U.S.C. 2255, there is no dispute of material facts, and the movant is entitled to judgment as a matter of law. Attached is Memorandum in support of this motion.

Dated: 06/13/2021

Respectfully submitted,

*Salvador Diaz*
Salvador Diaz
P. O. Box 151
Horntown, VA 23395
(347) 344-6571
sal13diaz@hotmail.com