UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

SALVADOR DIAZ,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

21-CV-2403 (VEC)

17-CR-0227 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 18, 2021, Mr. Diaz, proceeding *pro se,* filed a petition pursuant to 28 U.S.C. § 2255 (Dkt. 161);

    WHEREAS on May 21, 2021, the Government filed an opposition to Mr. Diaz's petition (Dkt. 164);

    WHEREAS on June 28, 2021 Mr. Diaz called Chambers and stated that he had not received a copy of the Government's opposition;

    IT IS HEREBY ORDERED THAT: The Government is directed to mail a copy of its opposition brief, and all future filings, to Mr. Diaz and note mailing on the docket. Mr. Diaz's reply brief is due by **July 28, 2021.**

    The Clerk of Court is directed to mail a copy of this order to Mr. Diaz.

SO ORDERED.

Dated:   June 28, 2021
         New York, New York

                                    VALERIE CAPRONI
                                    United States District Judge