USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

-against-

SALVADOR DIAZ,

                           Defendant.
------------------------------------------------------------ X

17-CR-227 (VEC) / 21-CV-2403 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 3, 2021, the Court denied Mr. Diaz's request for grand jury records (Dkt. 179);

    WHEREAS the Court set Mr. Diaz's reply deadline as October 1, 2021 (*id.*);

    WHEREAS no reply was received by the deadline; and

    WHEREAS special solicitude is accorded to pro se parties;

    IT IS HEREBY ORDERED that Mr. Diaz's reply deadline is adjourned to **November 18, 2021**. If no response is received by this deadline, the Court will consider the petition fully briefed.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Diaz.

**SO ORDERED.**

Date: **October 14, 2021**
      **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**