```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
: 17-CR-227 (VEC) / 21-
: CV-2403 (VEC)
-against-  :
: ORDER
:
:
SALVADOR DIAZ,  :
:
        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 21, 2021, Mr. Diaz filed a petition for a writ of mandamus, *see* 17-CR-227, Dkt. 183;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a new civil case for Mr. Diaz's mandamus petition.  The document at 17-CR-227, Dkt. 183 should be docketed as docket entry 1 in the new civil case.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Diaz.

**SO ORDERED.**

**Date: October 22, 2021**　　　　　　　　　　　　　　　　　　_____
**　　　　New York, New York**　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**